968

No. 1398, Misc. MAYES v. VINCENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 1422, Misc. EVANS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1423, Misc. WHITE v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. *John A. McNiff* for petitioner. *John P. S. Burke* for respondent.

No. 1437, Misc. STAPLETON v. COHEN. Sup. Jud. Ct. Mass. Certiorari denied. *John E. Lonergan, Jr.,* for petitioner. *Everett A. Grant* for respondent.

No. 1459, Misc. STELLO v. STRAND ET AL. C. A. 9th Cir. Certiorari denied.

No. 1460, Misc. DODGE v. TURNER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1464, Misc. HOLLINGSHEAD v. WAINWRIGHT, WARDEN. Sup. Ct. Fla. Certiorari denied.

No. 1465, Misc. BRANCHE v. OHIO. Sup. Ct. Ohio. Certiorari denied. *John T. Corrigan* and *Harvey R. Monck* for respondent.

No. 1469, Misc. HOSKINS v. KENTUCKY. Ct. App. Ky. Certiorari denied.